NF

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Toni Letoya Gavin
Formerly known (Antonio Gavin)  )
)
Plaintiff(s),                    )
)
v.                               )
Mondelez (Nabisco)               )
)
)
)
)
Defendant(s).                    )

1:16-cv-09929
Judge John Robert Blakey
Magistrate Judge Michael T. Mason

RECEIVED
OCT 21 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Toni Gavin of the county of Cook in the state of Illinois.

3. The defendant is Mondelez International (Nabisco), whose street address is 7300 S. Kedzie Ave, (city) Chicago (county) Cook (state) Illinois (ZIP) 60629

(Defendant's telephone number) (773) – 925-8133

4. The plaintiff sought employment or was employed by the defendant at (street address) 7300 S. Kedzie Ave. (city) Chicago (county) Cook (state) Illinois (ZIP code) 60629

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___July___, (day)_____, (year)_2015_ .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about

        (month)_June_____ (day)_22__ (year)_2016_ .

        (ii) ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____ .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) July (day) 26 (year) 2016 a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

Failing to Call me by My Preferred name, using the incorrect pronouns, denying to Change gender on profile, Getting treated different because of my Gender Identity

14.  **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No undecided

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)  ☐  Direct the defendant to hire the plaintiff.

(b)  ☐  Direct the defendant to re-employ the plaintiff.

(c)  ☐  Direct the defendant to promote the plaintiff.

(d)*  ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)  ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)  ☑  Direct the defendant to (specify): Pay for pain 3 Suffering, To reinstate employement So I can be rewarded 3 treated like the employee's who were laid off, Grant Back Pay

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)     ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)     ☑ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Toni Glavin
(Plaintiff's name)

6413 S. Hoyne Ave.
(Plaintiff's street address)

(City) Chicago     (State) Illinois (ZIP) 60636

(Plaintiff's telephone number) (773) – 999-4845

Date: 10-26-16

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   Toni L. Gavin
     6413 South Hoyne Avenue
     Chicago, IL 60636

From:   **Chicago District Office**
     **500 West Madison St**
     **Suite 2000**
     **Chicago, IL 60661**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-04671 | **Robert Shelton,** Investigator | **(312) 869-8078** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*        7/26/16

Enclosures(s)

**Julianne Bowman,**
**District Director**
          *(Date Mailed)*

cc:

    **Irene Rosenfeld**
    **Chief Executive Officer**
    **MONDELEZ INTERNATIONAL**
    **3 Parkway Blvd.**
    **Deerfield, IL 60015**

*500 W. Madison*

*Suite 2000*

*Chicago, IL 60661*

9/14/16

My name is Lerenda Young,
I worked at NaBisco for 3 years,
I never gotten written up
while working in South Bake
nor North Bake because I
did not have a lock. I
was issued a lock because
I didn't have my lock
several times. I was aware
of her transition at work
formally known as Antionio
Gavin, now know as Tom.
Lerenda.

8/20/16

My name is Antoinette Davis I've been knowing Toni since March of 2013. I met her at Mondelez International where we became coworkers. I became aware of Toni's transitioning May of 2014 when she became employed into the bakery. During our time working together, other coworkers and supervisors would aske me questions of her sexuality. "What is it?" "Do he want men or women?" "Why is he dressing like that?" Calling her names like faggot as if they had some type of animosity towards her. I've witness many office staff, supervisors, and coworkers call her Antonio after she requested to be called toni numerous of times. I've also witness multiple coworkers including myself forgetting our locks and never written up. Supervisors including Clintis would simply give us a lock in exchange of our employee ID until our shift was. Over.

Antoinette Davis
(773) 877-7664

Subscribed and sworn to before me
this 19TH day of OCTOBER 2016
at Chicago, County of Cook, State of Illinois.

"OFFICIAL SEAL"
PETER CHAIDEZ
Notary Public, State of Illinois
My Commission Expires 4/25/2018

Notary Public

7-14-16

To whom it may concern:

My name is Wandra Spraggs, I have been knowing Antonio Gavin for about 7 yrs. + when we both started at Mondelez in the bakery in 2014 of May. I was aware of his transitioning from male to female. When the incidentent happen with Clint is the supervisor in Southbake was picking on her, for reasons that clearly other employees got away with the same issues. Me myself never got written up for not having my lock, when I was in his department.

STATE IL COUNTY COOK
SIGNED BEFORE ME 20 DAY OCT, 20 16
NOTARY PUBLIC

Sincerely
Wandra Spraggs

OFFICIAL SEAL
ALMA ROJAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/24/19


**HOWARD BROWN HEALTH CENTER**
www.howardbrown.org

Re: Antonio (Toni) Gavin
September 2, 2016

To Whom it May Concern:

This letter is to serve the purpose of allowing Antonio (Toni) Gavin, a transgender individual, a safe passage through every space. This person is under care at the Howard Brown Health Center in Chicago and has been undergoing appropriate clinical treatment in an effort to transition from the assigned/biological sex of male to female since December of 2014. During transition, this person may present with a mixture of male and female secondary sex characteristics (i.e: body hair, facial contours, tone of voice, fat distribution on the body), which may leave some observers confused about her gender. This is normal during this time and must be allowed as this person makes her gender transition.

Antonio (Toni) Gavin identifies as a transgender individual and should be afforded the same basic human rights as anyone else, such as being referred to with feminine pronouns, being allowed to use the women's restroom, and having her driver's license reflect female as her gender. While this person identifies as transgender, this has no implication for her mental stability or competence. Antonio (Toni) Gavin is a high-functioning and emotionally stable individual.

For your own understanding of my ability to write this letter, I am a member of a health team at the Howard Brown Health Center, where our mission is to serve the gay, lesbian, bisexual and transgender communities. I have specialized in working with transgender individuals and am aware of the laws that protect them and the basic human rights that they are warranted.

If you have any questions regarding the statements I have made or the authenticity of this letter, feel free to contact me at 773-388-1600. Thank you in advance for the professional treatment and care that you will provide to my patient, Antonio (Toni) Gavin.

Sincerely,

Kathryn McCarthy NP

Howard Brown Health

| HBH - Sheridan | HBH - Halsted | HBH - Clark | HBH - 63rd |
|---|---|---|---|
| 4025 N Sheridan Rd | 3245 N Hasted St | 6500 N Clark St | 641 W. 63rd St. |
| Chicago, IL 60613 | Chicago, IL 60657 | Chicago, IL 60626 | Chicago, IL 60621 |

4025 N. Sheridan Road | Chicago, IL 60613 | Phone: (773) 388-1600 | Fax: (773) 388-1602

**HOWARD BROWN
HEALTH CENTER**

February 24, 2016

To whom it may concern;

Toni Gavin was seen at Howard Brown Health Center on February 22, 2016. Toni has been seeing us on a regular basis for ongoing fatigue. We are in the process of of a work up for this symptom. Our treatment plan is a work in progress and will include making ongoing adjustments with medicaitons. Thank you for your understanding.

Sincerely,

Kathryn Morrison, FNP

Case: 1:16-cv-09929 Document #: 1 Filed: 10/21/16 Page 13 of 13 PageID #:13

## CHICAGO BAKERY
## PERSONNEL INTERVIEW RECORD (101U)

| NAME: | Antonio Gavin | CLOCK NUMBER: | 29616 |
|---|---|---|---|
| CLASSIFICATION: | Floor Help | EMPLOYMENT DATE: | 5/17/2014 |
| DEPARTMENT: | South Bake | DATE OF INTERVIEW: | 7/17/2015 |
| TOP. OF INTERVIEW: | Job Performance (Written Verbal) | | |
| PERSONS PRESENT: | A. Gavin, T. Briseno (Union Steward), C. Smith | | |

### INTERVIEW SUMMARY

On Friday, July 17, 2015, the above employee failed to perform report to his assigned work area with his safety lock (proper PPE).

This is a written verbal warning. Employee must report to work with his safety lock.

Progressive discipline will result for future occurrences.

| Chicago Bakery | Supervisor Signature: Clentier LH / Op Sup, 7/17/15 |
|---|---|
| EMPLOYEE COMMENTS: | |

| WITNESS (UNION STEWARD) SIGNATURE/DATE: RTS 7/17/15 | EMPLOYEES SIGNATURE/DATE: RTS 7/17/15 |
|---|---|

Issue Date: 2/19/2008 JOB
Supercedes Date: NEW